IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAJAMANI SENTHILNATHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-1385-N (BH) |
| | ) | |
| AT&T INC., | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This case is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**DATED this 21st day of July, 2017.**

_____
UNITED STATES DISTRICT JUDGE